1                                                                JS-6
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  MARIA MENJIVAR, individually, )  Case No. **CV 06-2201-JFW (PLAx)**
    and on behalf of the ESTATE  )
12  OF MARVIN LOPEZ,              )  **JUDGMENT**
                                  )
13              Plaintiff,        )
                                  )
14       v.                       )
                                  )
15  CITY OF LOS ANGELES, and      )
    OFFICER STEVE HERNANDEZ,      )
16                                )
                Defendants.       )
17  _____ )

18       WHEREAS, pursuant to the stipulation of the parties, the
19  Court signed and filed an Order on May 11, 2007 dismissing
20  Plaintiff's Second and Third Causes of Action alleged in the
21  First Amended Complaint ("FAC") as to all Defendants;
22       WHEREAS, pursuant to the stipulation of the parties, the
23  Plaintiff, at a hearing on October 23, 2007, voluntarily
24  dismissed all remaining claims alleged in the FAC as to all
25  Defendants, with the exception of the First Cause of Action
26  against Defendant Officer Steve Hernandez for excessive force
27  under the Fourth Amendment;
28

WHEREAS, the action came on for trial on June 17, 18, 19, 20 and 23, 2008 before the Court and a jury, the Honorable John F. Walter, District Judge, presiding;

WHEREAS, the jury returned a verdict on June 23, 2008 in favor of Defendant Officer Steve Hernandez on Plaintiff's First Cause of Action for excessive force under the Fourth Amendment;

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

1. Defendant Officer Steve Hernandez shall have judgment against Plaintiff on her First Cause of Action for excessive force under the Fourth Amendment;

2. Plaintiff Maria Menjivar shall recover nothing from Defendant Officer Steve Hernandez; and

3. Defendant Officer Steve Hernandez shall recover from Plaintiff Maria Menjivar his costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: June 24, 2008

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE